MRM:CNR
F. #2021R00279

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 09 2022 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOELEE DAVIS,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**I N D I C T M E N T**

CR 22 360

Cr. No._____
(T. 18, U.S.C., §§ 2250(a) and 3551
et seq.)

SEYBERT, J.

DUNST, M.J.

THE GRAND JURY CHARGES:

<u>FAILURE TO REGISTER AS A SEX OFFENDER</u>

In or about and between September 2019 and August 2022, both dates being

approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant JOELEE DAVIS, an individual required to register under the Sex Offender

Registration and Notification Act ("SORNA"), who traveled in interstate commerce, did

knowingly and intentionally fail to register and update a registration as required by SORNA.

(Title 18, United States Code, Sections 2250(a) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

*Carolyn Pokorny*

By: _____
Assistant U.S. Attorney

F. # 202100279

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*Joelee Davis,*

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 2250(a) and 3551 et seq.)

*A true bill.*

_____
                                                                          *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                                *Clerk*

*Bail, $* _____

_____

*Charles N. Rose, Assistant U.S. Attorney (631) 715-7844*